**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

THOMAS TREASURE, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

CHOSEN FOODS LLC,

Defendant.

Case No. 3:26-cv-04606-DMS-BJW

**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Action Filed: August 12, 2026

Judge: Hon. Dana M. Sabraw
Courtroom: 13A

Magistrate Judge: Hon. Brian J. White
Courtroom: 5A

This matter is before the Court on the Parties' Joint Motion to Extend Time to Respond to Complaint. Having considered the Motion, and for good cause shown, the Motion is GRANTED.

IT IS HEREBY ORDERED that Defendant Chosen Foods, LLC's deadline to answer or otherwise respond to Plaintiffs' Complaint is extended 60 days, through and including November 2, 2026.

**IT IS SO ORDERED.**

Dated: September 4, 2026

Hon. Dana M. Sabraw
United States District Judge