**KALIELGOLD PLLC**
Sophia G. Gold (SBN: 307971)
sgold@kalielgold.com
490 43rd Street, Suite 122
Oakland, CA 94609
Telephone: (202) 350-4783

*Attorneys for Plaintiff and the Putative Class*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS TREASURE, individually and on behalf of all others similarly situated,<br>Plaintiff,<br>v.<br>CHOSEN FOODS LLC,<br>Defendant. | Case No. 3:26-cv-04606-DMS-BJW<br>**JOINT MOTION TO CONSOLIDATE RELATED CASES AND SET BRIEFING SCHEDULE TO APPOINT INTERIM CLASS COUNSEL PURSUANT TO FED. R. CIV. P. 23(G)**<br>Hon. Dana M. Sabraw<br>Related Cases: |
| DEBRA BACHMAN, individually and on behalf of all others similarly situated,<br>Plaintiffs,<br>v.<br>CHOSEN FOODS LLC,<br>Defendant. | Case No. 3:26-cv-04862-DMS-BJW |
| ANGELA CORELL, individually and on behalf of all others similarly situated,<br>Plaintiffs,<br>v.<br>CHOSEN FOODS LLC,<br>Defendant. | Case No. 3:26-cv-05531-RBM-SBC |

| | |
|---|---|
| NANCY ZELDIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHOSEN FOODS LLC,<br><br>Defendant. | Case No. 3:26-cv-05565-CAB-BJW |

**TO THE ABOVE-TITLED COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiff Thomas Treasure ("Plaintiff Treasure") in the matter of *Thomas Treasure v. Chosen Foods LLC,* No. 3:26-cv-04606-DMS, Plaintiff Debra Bachman ("Plaintiff Bachman") in the matter of *Debra Bachman v. Chosen Foods LLC,* No. 3:26-cv-04862-DMS-BJW, Plaintiff Angela Corell ("Plaintiff Corell") in the matter of *Angela Corell v. Chosen Foods LLC,* No. 3:26-cv-05531-RBM-SBC, and Plaintiff Nancy Zeldin ("Plaintiff Zeldin") in the matter of *Nancy Zeldin v. Chosen Foods LLC,* No. 3:26-cv-05565-CAB-BJW (together, "Plaintiffs") and Defendant Chosen Foods LLC ("Chosen Foods") (and together, the "Parties"), by and through their attorneys, hereby jointly move the Court pursuant to Civil Local Rule 7.2 for an order consolidating the related actions and setting a briefing schedule for the appointment of interim class counsel. In support of this Joint Motion, the Parties state as follows:

WHEREAS, on August 12, 2026, Plaintiff Treasure filed his action in this District, titled *Thomas Treasure v. Chosen Foods LLC,* No. 3:26-cv-04606-DMS-BJW (the "*Treasure* action");

WHEREAS, on August 25, 2026, Plaintiff Bachman filed her action in this District, titled *Debra Bachman v. Chosen Foods LLC,* No. 3:26-cv-04862-DMS-BJW (the "*Bachman* action");

WHEREAS, on September 25, 2026, Plaintiff Corell filed her action in this District,

titled *Angela Corell v. Chosen Foods LLC,* No. 3:26-cv-05531-RBM-SBC (the "*Corell* action");

WHEREAS, on September 25, 2026, Plaintiff Zeldin filed her action in this District, titled *Nancy Zeldin v. Chosen Foods LLC,* No. 3:26-cv-05565-CAB-BJW (the "*Zeldin* action");

WHERAS, on August 28, 2026, Plaintiff Bachman filed a Notice of Related Case, and the Court related the *Bachman* action to the *Treasure* action on September 4, 2026. *See Bachman* action, Dkt. No. 4;

WHEREAS, on September 25, 2026, Plaintiff Corell filed a Notice of Related Case;

WHERAS, on September 29, 2026, Plaintiff Zeldin filed a Notice of Related Case, and the Court related the *Zeldin* action to the *Treasure* action on October 7, 2026. *See Zeldin* action, Dkt. No. 4;

WHEREAS, Federal Rule of Civil Procedure 42(a) provides that "[i]f actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay." Fed. R. Civ. P. 42(a). "The Court 'has broad discretion under this rule to consolidate cases.'" *Stevens v. Quiksilver, Inc.*, No. CV1502810JVSJCGX, 2015 WL 13811587, at *2 (C.D. Cal. June 26, 2015) (Selna, J.) (quoting *Investors Research Co. v. United States Dist. Court*, 877 F.2d 777, 777 (9th Cir. 1989)). "In determining whether or not to consolidate cases, the Court should weigh the interest of judicial convenience against the potential for delay, confusion and prejudice." *Azpeitia v. Tesoro Refining & Marketing Co*. LLC, 2017 WL 4071368, *1 (N.D. Cal. Sept. 14, 2017);

WHEREAS, all four actions arise from consumers alleging that Chosen Foods engaged in false and deceptive advertising regarding claims about avocado oil in some of Defendant's Products and assert claims for violations of state consumer protection laws;

WHEREAS, Plaintiffs and Defendant agree to consolidate the above-related actions pursuant to Rule 42(a) because each action asserts substantially the same claims and raise

substantially the same questions of fact and law regarding liability and damages, and that consolidation will promote judicial efficiency;

WHEREAS, the Parties are aware of other potentially related cases in state and federal courts that may be later removed to, transferred to, or centralized in this District;

WHEREAS, the Parties agree that the consolidated action shall be styled "*In re: Chosen Foods Avocado Oil Litigation*" and all future filings shall be made on that caption in the lowest numbered case, currently the *Treasure* Action;

WHEREAS, the Parties agree that the Court will need to appoint interim lead or co-lead class counsel to prosecute the consolidated litigation pursuant to Fed. R. Civ. P. 23(g), which provides that a "court may designate interim counsel to act on behalf of the putative class before determining whether to certify the action as a class action," and that once appointed, Plaintiffs agree to file a consolidated class action complaint and set a briefing schedule for Defendant's anticipated motion to dismiss;

WHEREAS, Defendant takes no position on Plaintiffs' forthcoming motion(s) to appoint lead or co-lead interim class counsel pursuant Fed. R. Civ. P. 23(g)(3) and reserve the right to object to class certification on all grounds, including adequacy of proposed class counsel;

WHEREAS, Plaintiffs will continue to confer about potential leadership roles for this case and propose filing their motion(s) to appoint lead or co-lead interim class counsel within 21 days of an order granting consolidation;

WHEREAS, the Parties agree that all motion(s) to appoint lead or co-lead interim class counsel should be limited to fifteen (15) pages and that no responses, oppositions, or reply briefs need to be filed; and

WHEREAS, the Parties agree that in waiving their responses, oppositions, and reply briefs, the Court may rule on the papers submitted with or without a hearing (at the Court's convenience).

ACCORDINGLY, the Parties jointly move, and respectfully request that the Court enter an order, as follows:

1. The *Treasure*, *Bachman*, *Corell*, and *Zeldin* actions are consolidated pursuant to Rule 42(a) because each action asserts substantially the same claims and raise substantially the same questions of fact and law regarding liability and damages.
2. Plaintiffs shall file motion(s) for appointment of interim lead or co-lead class counsel within 21 days of this Court's order. Said motions shall be limited to 15 pages and no responses, oppositions, or reply papers should be filed. The Court will rule on these motion papers and/or set a hearing at the Court's convenience.
3. When the Court appoints interim lead or co-lead class counsel, the Parties will further confer on a briefing schedule for filing a consolidated complaint and briefing on Defendant's motion to dismiss the consolidated complaint. The proposed schedule shall be filed within 14 days of an order appointing interim co-lead class counsel.
4. This consolidation order shall extend to any potentially related actions later filed in, removed to, or transferred to this District. Within seven (7) days of learning of any potentially related actions later filed in, removed to, or transferred to this District, counsel for Plaintiffs, Lead, or Co-Lead Counsel shall serve a copy of the consolidation and any subsequent orders on counsel in such potentially related actions.

Dated: November 2, 2026

Respectfully submitted,

*/s/ Sophia G. Gold*

Sophia G. Gold (SBN: 307971)
sgold@kalielgold.com
**KALIELGOLD PLLC**
490 43rd Street, No. 122
Oakland, California 94609
Telephone: (202) 350-4783

Dated: November 2, 2026

Chet B. Waldman (*pro hac vice* forthcoming)
*cwaldman@wolfpopper.com*
Matthew Insley-Pruitt (*pro hac vice* forthcoming)
*minsley-pruitt@wolfpopper.com*
**WOLF POPPER LLP**
570 Lexington Avenue, 19th Floor
New York, NY 10023

*Attorneys for Plaintiff Thomas Treasure*

/s/ *Todd Eagan*
Todd Eagan (SBN 207426)
401 Wilshire Boulevard, 12th Floor
Santa Monica, California 90401
Telephone: (310) 304-3302
E-mail: *teagan@eagan.law*

James J. Rosemergy (*pro hac vice* forthcoming)
jrosemergy@careydanis.com
**CAREY & DANIS LLC**
8235 Forsyth Boulevard, Suite 1100
St. Louis, Missouri 63105
Telephone: (314) 725-7700

Steven A. Schwartz (*pro hac vice* forthcoming)
sas@chimicles.com
Beena M. McDonald (SBN 365776)
bmm@chimicles.com
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 645-4720

*Attorneys for Plaintiff Angela Corell*

Dated: November 2, 2026

**KAPLAN FOX & KILSHEIMER LLP**

*/s/ Matthew B. George*
Matthew B. George (SBN 239322)
*mgeorge@kaplanfox.com*

Laurence D. King (SBN 206423)
*lking@kaplanfox.com*
A.J. de Bartolomeo (SBN 136502)
*ajd@kaplanfox.com*
Sophia V. Pintar (SBN 367193)
*spintar@kaplanfox.com*
1999 Harrison Street, Suite 1501
Oakland, California 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707

*Attorneys for Plaintiff Nancy Zeldin*

Dated: November 2, 2026

*<u>/s/ Keri Borders</u>*

KERI E. BORDERS (SBN 194015)
kborders@kslaw.com
Joseph N. Akrotirianakis (SBN 197971)
jakro@kslaw.com
Michael D. Roth (SBN 217464)
mroth@kslaw.com
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, California 90071
Telephone: (213) 433-4355

*Attorneys for Defendant Chosen Foods*

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual of the United States District Court for the Southern District of California, I hereby certify that the content of this document is acceptable to all counsel whose electronic signatures appear above, and that I have obtained their authorization to affix their electronic signatures to this document.

Dated: November 2, 2026

*<u>/s/ Sophia G. Gold</u>*
Sophia G. Gold

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of November, 2026, I electronically filed the above with the Clerk of the Court using the CM/ECF system, which will send an electronic notice of electronic filing to counsel of record.

*/s/ Sophia G. Gold*
Sophia G. Gold